IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATHANIEL REDDING,

    Plaintiff,

v.                                         CASE NO. 4:13cv408-RH/GRJ

CATHY SIMCOX et al.,

    Defendants.

_____/

## ORDER DISMISSING THE CLAIMS
## AGAINST THE DEFENDANT McCALLUM

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The claims against the defendant David McCallum are DISMISSED with prejudice. I do *not* direct the entry of judgment under Federal Rule of Civil

Procedure 54(b). The case is remanded to the magistrate judge for further proceedings.

    SO ORDERED on December 30, 2013.

                                           s/Robert L. Hinkle
                                           United States District Judge