IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATHANIEL REDDING,

    Plaintiff,

v.                              CASE NO.  4:13cv408-RH/GRJ

CATHY SIMCOX et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 48.  No objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED.  The defendants' summary-judgment motion, ECF No. 44, is GRANTED.  The clerk must enter judgment stating, "The complaint is dismissed with prejudice."  The clerk must close the file.

    SO ORDERED on April 3, 2015.

                                            s/Robert L. Hinkle
                                            United States District Judge